# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

TERRA TECHNICAL SERVICES, LLC,

    Petitioner

    v.

RIVER STATION LAND, L.P.,

    Respondent

: No. 642 MAL 2013
:
:
:
: Petition for Allowance of Appeal from the
: Order of the Superior Court
:
:
:
:
:
:
:

TERRA TECHNICAL SERVICES, LLC,

    Petitioner

    v.

RIVER STATION LAND, L.P.,

    Respondent

: No. 643 MAL 2013
:
:
:
: Petition for Allowance of Appeal from the
: Order of the Superior Court
:
:
:
:
:
:
:

TERRA TECHNICAL SERVICES, LLC,

    Petitioner

    v.

RIVER STATION LAND, L.P.,

    Respondent

: No. 644 MAL 2013
:
:
:
: Petition for Allowance of Appeal from the
: Order of the Superior Court
:
:
:
:
:
:
:

TERRA TECHNICAL SERVICES, LLC,

    Petitioner

: No. 645 MAL 2013
:
:

|                                      |                                                                     |
| ------------------------------------ | ------------------------------------------------------------------- |
|                                      | : Petition for Allowance of Appeal from the                         |
|                                      | : Order of the Superior Court                                       |
| v.                                   | :                                                                   |
|                                      | :                                                                   |
|                                      | :                                                                   |
| RIVER STATION LAND, L.P.,            | :                                                                   |
|                                      | :                                                                   |
| Respondent                           | :                                                                   |

|                                      |                                                                     |
| ------------------------------------ | ------------------------------------------------------------------- |
| TERRA TECHNICAL SERVICES, LLC,       | : No. 646 MAL 2013                                                  |
|                                      | :                                                                   |
| Petitioner                           | :                                                                   |
|                                      | : Petition for Allowance of Appeal from the                         |
|                                      | : Order of the Superior Court                                       |
| v.                                   | :                                                                   |
|                                      | :                                                                   |
|                                      | :                                                                   |
| RIVER STATION LAND, L.P.,            | :                                                                   |
|                                      | :                                                                   |
| Respondent                           | :                                                                   |

|                                      |                                                                     |
| ------------------------------------ | ------------------------------------------------------------------- |
| TERRA TECHNICAL SERVICES, LLC,       | : No. 647 MAL 2013                                                  |
|                                      | :                                                                   |
| Petitioner                           | :                                                                   |
|                                      | : Petition for Allowance of Appeal from the                         |
|                                      | : Order of the Superior Court                                       |
| v.                                   | :                                                                   |
|                                      | :                                                                   |
|                                      | :                                                                   |
| RIVER STATION LAND, L.P.,            | :                                                                   |
|                                      | :                                                                   |
| Respondent                           | :                                                                   |

|                                      |                                                                     |
| ------------------------------------ | ------------------------------------------------------------------- |
| TERRA TECHNICAL SERVICES, LLC,       | : No. 648 MAL 2013                                                  |
|                                      | :                                                                   |
| Petitioner                           | :                                                                   |
|                                      | : Petition for Allowance of Appeal from the                         |
|                                      | : Order of the Superior Court                                       |
| v.                                   | :                                                                   |
|                                      | :                                                                   |
|                                      | :                                                                   |

[642 MAL 2013, 643 MAL 2013, 644 MAL 2013, 645 MAL 2013, 646 MAL 2013, 647 MAL 2013, 648 MAL 2013, 649 MAL 2013, 650 MAL 2013, 651 MAL 2013, 652 MAL 2013, 653 MAL 2013, 654 MAL 2013, 655 MAL 2013, 656 MAL 2013, 657 MAL 2013 and 658 MAL 2013] - 2

RIVER STATION LAND, L.P.,　　　　　:
　　　　　　　　　　　　　　　　　:
　　　　　Respondent　　　　　　　:


TERRA TECHNICAL SERVICES, LLC,　: No. 649 MAL 2013
　　　　　　　　　　　　　　　　　:
　　　　　Petitioner　　　　　　　　:
　　　　　　　　　　　　　　　　　: Petition for Allowance of Appeal from the
　　　　　　　　　　　　　　　　　: Order of the Superior Court
　　　　v.　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　:
RIVER STATION LAND, L.P.,　　　　　:
　　　　　　　　　　　　　　　　　:
　　　　　Respondent　　　　　　　:


TERRA TECHNICAL SERVICES, LLC,　: No. 650 MAL 2013
　　　　　　　　　　　　　　　　　:
　　　　　Petitioner　　　　　　　　:
　　　　　　　　　　　　　　　　　: Petition for Allowance of Appeal from the
　　　　　　　　　　　　　　　　　: Order of the Superior Court
　　　　v.　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　:
RIVER STATION LAND, L.P.,　　　　　:
　　　　　　　　　　　　　　　　　:
　　　　　Respondent　　　　　　　:


TERRA TECHNICAL SERVICES, LLC,　: No. 651 MAL 2013
　　　　　　　　　　　　　　　　　:
　　　　　Petitioner　　　　　　　　:
　　　　　　　　　　　　　　　　　: Petition for Allowance of Appeal from the
　　　　　　　　　　　　　　　　　: Order of the Superior Court
　　　　v.　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　:
RIVER STATION LAND, L.P.,　　　　　:
　　　　　　　　　　　　　　　　　:
　　　　　Respondent　　　　　　　:

TERRA TECHNICAL SERVICES, LLC,

Petitioner

v.

RIVER STATION LAND, L.P.,

Respondent

: No. 652 MAL 2013
:
:
:
: Petition for Allowance of Appeal from the
: Order of the Superior Court
:
:
:
:
:
:
:


TERRA TECHNICAL SERVICES, LLC,

Petitioner

v.

RIVER STATION LAND, L.P.,

Respondent

: No. 653 MAL 2013
:
:
:
: Petition for Allowance of Appeal from the
: Order of the Superior Court
:
:
:
:
:
:
:


TERRA TECHNICAL SERVICES, LLC,

Petitioner

v.

RIVER STATION LAND, L.P.,

Respondent

: No. 654 MAL 2013
:
:
:
: Petition for Allowance of Appeal from the
: Order of the Superior Court
:
:
:
:
:
:
:


TERRA TECHNICAL SERVICES, LLC,

Petitioner

: No. 655 MAL 2013
:
:
:
: Petition for Allowance of Appeal from the
: Order of the Superior Court

[642 MAL 2013, 643 MAL 2013, 644 MAL 2013, 645 MAL 2013, 646 MAL 2013, 647 MAL 2013, 648 MAL 2013, 649 MAL 2013, 650 MAL 2013, 651 MAL 2013, 652 MAL 2013, 653 MAL 2013, 654 MAL 2013, 655 MAL 2013, 656 MAL 2013, 657 MAL 2013 and 658 MAL 2013] - 4

v.                                            :
                                              :
                                              :
RIVER STATION LAND, L.P.,                      :
                                              :
          Respondent                          :

TERRA TECHNICAL SERVICES, LLC,       : No. 656 MAL 2013
                                              :
          Petitioner                          :
                                              : Petition for Allowance of Appeal from the
                                              : Order of the Superior Court
v.                                            :
                                              :
                                              :
RIVER STATION LAND, L.P.,                      :
                                              :
          Respondent                          :

TERRA TECHNICAL SERVICES, LLC,       : No. 657 MAL 2013
                                              :
          Petitioner                          :
                                              : Petition for Allowance of Appeal from the
                                              : Order of the Superior Court
v.                                            :
                                              :
                                              :
RIVER STATION LAND, L.P.,                      :
                                              :
          Respondent                          :

TERRA TECHNICAL SERVICES, LLC,       : No. 658 MAL 2013
                                              :
          Petitioner                          :
                                              : Petition for Allowance of Appeal from the
                                              : Order of the Superior Court
v.                                            :
                                              :
                                              :
RIVER STATION LAND, L.P.,                      :
                                              :

[642 MAL 2013, 643 MAL 2013, 644 MAL 2013, 645 MAL 2013, 646 MAL 2013, 647
MAL 2013, 648 MAL 2013, 649 MAL 2013, 650 MAL 2013, 651 MAL 2013, 652 MAL
2013, 653 MAL 2013, 654 MAL 2013, 655 MAL 2013, 656 MAL 2013, 657 MAL 2013
and 658 MAL 2013] - 5

Respondent          :

## ORDER

**PER CURIAM**

**AND NOW**, this 13th day of August, 2014, the Petition for Allowance of Appeal is **GRANTED**, **LIMITED TO** the issues set forth below.  Allocatur is **DENIED** as to the remaining issue.  The issues as stated by petitioner are:

(1)    Whether the Superior Court committed an error of law in upholding the Trial Court's Order in sustaining the preliminary objections of Respondent and striking the complaint in an action to obtain judgment on the mechanics' lien claim for the failure of Petitioner to file the complaint under a separate court term and number from that of the mechanics' lien claim under the Mechanics' Lien Law 49 P.S. § 1101, et seq.

(2)    Whether the Mechanics' Lien Law 49 P.S. § 1101, et seq., requires a claimant filing a complaint to enforce a mechanics' lien to file such a complaint under a term and number separate from the term and number assigned to the mechanics' lien itself.

[642 MAL 2013, 643 MAL 2013, 644 MAL 2013, 645 MAL 2013, 646 MAL 2013, 647 MAL 2013, 648 MAL 2013, 649 MAL 2013, 650 MAL 2013, 651 MAL 2013, 652 MAL 2013, 653 MAL 2013, 654 MAL 2013, 655 MAL 2013, 656 MAL 2013, 657 MAL 2013 and 658 MAL 2013] - 6